IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY C. PIGFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 97-1978 (PLF) |
| DAN GLICKMAN, SECRETARY, ) | |
| THE UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

FILED
JAN - 5 1999
Clerk, U.S. District Court
District of Columbia

| | |
|---|---|
| CECIL BREWINGTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 98-1693 (PLF) |
| DANIEL R. GLICKMAN, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CONSENT DECREE**

The parties to this litigation, by and through their undersigned counsel, having executed the attached Consent Decree, and being of the opinion that the Decree represents a fair, reasonable, and adequate resolution of the instant suits, respectfully submit the Decree to the Court for preliminary approval. The parties jointly request that the Court issue an order granting preliminary approval of the Decree subject to final approval of the Court after a fairness hearing.

The parties further request that the Court issue an order (1) staying this litigation; (2) postponing the trial that presently is scheduled to begin on February 1, 1999; and

(3) scheduling a fairness hearing for March 2, 1999, or as soon thereafter as possible.

_____
ALEXANDER J. PIRES, JR.
Conlon, Frantz, Phelan, Pires
  & Leavy
1818 N. St., N.W.
Washington, D.C.  20036
(202) 331-7050

_____
PHILLIP L. FRAAS
Tuttle, Taylor & Heron
1025 Thomas Jefferson St., N.W.
Washington, D.C.  20007
(202) 342-1300

Of counsel:
J.L. Chestnut
Othello Cross
T. Roe Frazer
Gerald R. Lear
Hubbard I Sanders, IV
Willie Smith

Attorneys for Plaintiffs

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General

PHILLIP D. BARTZ
Deputy Assistant Attorney
  General

DENNIS G. LINDER
Civil Division

_____
MICHAEL SITCOV
CAROLINE LEWIS WOLVERTON
DANIEL E. BENSING
CARLOTTA WELLS
Department of Justice
Civil Division
901 E Street, N.W.
Washington, D.C.  20004
(202) 514-1944

Attorneys for Defendant